THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WFM-WO, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WHOLE FOODS MARKET SERVICES, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; and DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00534-BJR<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT BY DEFENDANTS WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., WFM-WO, INC., AND WHOLE FOODS MARKET SERVICES, INC., AND PLAINTIFF NICOLE YOUNT** |

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-00534-BJR) – PAGE 1

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

Plaintiff Nicole Yount and Defendants Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., and Whole Foods Market Services, Inc., STIPULATE AND AGREE to extend the currently pending deadline to answer or otherwise respond to the Complaint to May 2, 2024. This extension will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

Dated this 24th day of April, 2024.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Patrick B. Reddy* | By: *s/ Damon C. Elder* |
| Timothy W. Emery, WSBA No. 34078 | Damon C. Elder, WSBA No. 29413 |
| Patrick B. Reddy, WSBA No. 34092 | Claire M. Lesikar, WSBA No. 60406 |
| Paul Cipriani, WSBA No. 59991 | 1301 Second Avenue, Suite 3000 |
| 600 Stewart Street, Suite 1100 | Seattle, WA 98101 |
| Seattle, WA 98101 | Phone: (206) 274-6400 |
| Phone: (206) 442-9106 | Email: damon.elder@morganlewis.com |
| Email: emeryt@emeryreddy.com | claire.lesikar@morganlewis.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | *Attorneys for Defendants* |

*Attorneys for Plaintiff*

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT
(Case No. 2:24-cv-00534-BJR) – PAGE 2

**ORDER**

IT IS SO ORDERED.

DATED: April 25, 2024.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com
       paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT
(Case No. 2:24-cv-00534-BJR) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401