THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WFM-WO, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WHOLE FOODS MARKET SERVICES, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; and DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00534-BJR<br><br>**STIPULATION AND ORDER TO EXTEND EARLY CASE DEADLINES** |

STIPULATION AND ORDER
TO EXTEND DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

# STIPULATION

Defendants Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., and Whole Foods Market Services, Inc., on the one hand, and Plaintiff Nicole Yount, on the other hand, hereby STIPULATE AND AGREE to extend the following currently pending deadlines:

|  | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| **Defendants' Deadline to Respond to Plaintiff's Complaint** | May 16, 2024 | May 30, 2024 |
| **Parties' FRCP 26 Conference Deadline** | May 20, 2024 | June 3, 2024 |
| **Plaintiff's Deadline to File a Motion to Remand** | May 21, 2024 | June 4, 2024 |
| **Parties' FRCP 26 Initial Disclosures Deadline** | May 28, 2024 | June 11, 2024 |
| **Parties' Joint Status Report Deadline** | June 3, 2024 | June 17, 2024 |

These extensions will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

DATED this 15th day of May, 2024.

STIPULATION AND ORDER
TO EXTEND DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 2

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Timothy W. Emery*<br>Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092<br>Paul Cipriani, WSBA No. 59991<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Email: emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com<br><br>*Attorneys for Plaintiff* | By: *s/ Damon C. Elder*<br>Damon C. Elder, WSBA No. 29413<br>Claire M. Lesikar, WSBA No. 60406<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: damon.elder@morganlewis.com<br>          claire.lesikar@morganlewis.com<br><br>*Attorneys for Defendants* |

STIPULATION AND ORDER
TO EXTEND DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

**ORDER**

IT IS SO ORDERED.

DATED: May 16, 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
         claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
         reddyp@emeryreddy.com
         paul@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER
TO EXTEND DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 4

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401