THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WFM-WO, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WHOLE FOODS MARKET SERVICES, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; and DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00534-BJR<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND** |

JOINT STIPULATION TO EXTEND DEADLINES
(Case No. 2:24-cv-00534-BJR) – PAGE 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Plaintiff Nicole Yount and Defendants Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., and Whole Foods Market Services, Inc., STIPULATE AND AGREE to extend the following deadlines by four weeks:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Deadline to Respond to Defendants' Motion to Dismiss | July 3, 2024 | July 31, 2024 |
| Defendants' Deadline to Respond to Plaintiff's Motion to Remand | July 9, 2024 | August 6, 2024 |

These extensions will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

Dated this 21st day of June, 2024.

| **EMERY | REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|

By: *s/ Timothy W. Emery*  
Timothy W. Emery, WSBA No. 34078  
Patrick B. Reddy, WSBA No. 34092  
Paul Cipriani, WSBA No. 59991  
600 Stewart Street, Suite 1100  
Seattle, WA 98101  
Phone: (206) 442-9106  
Email: emeryt@emeryreddy.com  
         reddyp@emeryreddy.com  
         paul@emeryreddy.com  

By: *s/ Damon C. Elder*  
Damon C. Elder, WSBA No. 46754  
Claire M. Lesikar, WSBA No. 60406  
1301 Second Avenue, Suite 3000  
Seattle, WA 98101  
Phone: (206) 274-6400  
Email: damon.elder@morganlewis.com  
         claire.lesikar@morganlewis.com  

*Attorneys for Plaintiff*         *Attorneys for Defendants*

JOINT STIPULATION TO EXTEND DEADLINES  
(Case No. 2:24-cv-00534-BJR) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP  
ATTORNEYS AT LAW  
1301 SECOND AVENUE, SUITE 3000  
SEATTLE, WASHINGTON 98101  
TEL +1.206.274.6400  FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

DATED: June 21, 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
　　　　claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
　　　　reddyp@emeryreddy.com
　　　　paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION TO EXTEND DEADLINES
(Case No. 2:24-cv-00534-BJR) – PAGE 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401