THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WFM-WO, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WHOLE FOODS MARKET SERVICES, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; and DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00534-BJR<br><br>**STIPULATION AND ORDER FOR A STAY OF EARLY CASE DEADLINES** |

## **STIPULATION**

Defendants Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., and Whole Foods Market Services, Inc., on the one hand, and Plaintiff Nicole Yount, on the other hand, hereby

STIPULATION AND ORDER
FOR A STAY OF EARLY CASE DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  STIPULATE AND AGREE to request that the Court stay the deadlines for an FRCP 26(f)
2  conference, initial disclosures, and joint status report, until a reasonable time after the Court issues
3  a decision on Defendants' Motion to Dismiss, filed June 13, 2024, and Plaintiff's Motion to
4  Remand, filed June 18, 2024. Dkts. 16, 18.  The stipulated stay of deadlines would promote
5  efficiency for the parties and the Court.  This stipulation and order shall not operate as an admission
6  of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect
7  any right, defense, claim or objection.

   *IT IS SO STIPULATED*.

   DATED this 25th day of June, 2024.

| **EMERY | REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Timothy W. Emery* | By: *s/ Damon C. Elder* |
| Timothy W. Emery, WSBA No. 34078 | Damon C. Elder, WSBA No. 29413 |
| Patrick B. Reddy, WSBA No. 34092 | Claire M. Lesikar, WSBA No. 60406 |
| Paul Cipriani, WSBA No. 59991 | 1301 Second Avenue, Suite 3000 |
| 600 Stewart Street, Suite 1100 | Seattle, WA 98101 |
| Seattle, WA 98101 | Phone: (206) 274-6400 |
| Phone: (206) 442-9106 | Email: damon.elder@morganlewis.com |
| Email: emeryt@emeryreddy.com | claire.lesikar@morganlewis.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | *Attorneys for Defendants Whole Foods Market Pacific Northwest, Inc.; WFM-WO, Inc.; and Whole Foods Market Services, Inc.* |
| *Attorneys for Plaintiff Nicole Yount* | |

STIPULATION AND ORDER
FOR STAY OF EARLY CASE DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 2

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

## ORDER

IT IS SO ORDERED. The Court HEREBY STAYS the deadlines for the 26(f) conference, initial disclosures, and joint status report until 60 days after the Court rules on Defendant's Motion to Dismiss and Plaintiff's Motion to Remand.

DATED: June 26, 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendants Whole Foods Market Pacific Northwest, Inc.; WFM-WO, Inc.; and Whole Foods Market Services, Inc.*

STIPULATION AND ORDER
FOR STAY OF EARLY CASE DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1  **EMERY | REDDY, PLLC**

2  By: *s/ Timothy W. Emery*
3  Timothy W. Emery, WSBA No. 34078
   Patrick B. Reddy, WSBA No. 34092
4  Paul Cipriani, WSBA No. 59991
   600 Stewart Street, Suite 1100
5  Seattle, WA 98101
   Phone: (206) 442-9106
6  Email: emeryt@emeryreddy.com
          reddyp@emeryreddy.com
7         paul@emeryreddy.com

8  *Attorneys for Plaintiff Nicole Yount*

STIPULATION AND ORDER
FOR STAY OF EARLY CASE DEADLINES
(Case No.: 2:24-cv-00534-BJR) – 4

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401