1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7          IN THE UNITED STATE DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9  NICOLE YOUNT, individually and on          Case No. 2:24-cv-00534-BJR
   behalf of all others similarly situated,
10                                            **JOINT STIPULATION AND ORDER TO**
                                              **EXTEND DEADLINES TO RESPOND TO**
11                Plaintiff,                   **DEFENDANTS' MOTION TO DISMISS**
                                              **AND PLAINTIFF'S MOTION TO REMAND**
12       v.

13 WHOLE FOODS MARKET PACIFIC
   NORTHWEST, INC., a foreign profit
14 corporation doing business as WHOLE
   FOODS MARKET; WFM-WO, INC., a
15 foreign profit corporation doing business as
   WHOLE FOODS MARKET; WHOLE
16 FOODS MARKET SERVICES, INC., a
   foreign profit corporation doing business as
17 WHOLE FOODS MARKET; and DOES 1-
   20,
18
19                Defendants.
20

21

22

23

24

25

26

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Plaintiff Nicole Yount and Defendants Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., and Whole Foods Market Services, Inc., STIPULATE AND AGREE to extend the following deadlines by two weeks:

|  | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Deadline to Respond to Defendants' Motion to Dismiss | July 31, 2024 | August 14, 2024 |
| Defendants' Deadline to Respond to Plaintiff's Motion to Remand | August 6, 2024 | August 20, 2024 |

Replies are due 14 days after responses are filed.  These extensions will not affect any other deadlines in the case.  This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

Dated this 23rd day of July, 2024.

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
        reddyp@emeryreddy.com
        paul@emeryreddy.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
        claire.lesikar@morganlewis.com

*Attorneys for Defendants*

1

## <u>ORDER</u>

2          IT IS SO ORDERED.

3          DATED: July 25, 2024.

4

5          _Barbara J Rothstein_

6          _____
           THE HONORABLE BARBARA J. ROTHSTEIN
7          UNITED STATES DISTRICT JUDGE

8
   *Presented by:*
9
   **MORGAN, LEWIS & BOCKIUS LLP**
10

11  By: *s/ Damon C. Elder*
    _____
    Damon C. Elder, WSBA No. 46754
12  Claire M. Lesikar, WSBA No. 60406
    1301 Second Avenue, Suite 3000
13  Seattle, WA 98101
    Phone: (206) 274-6400
14  Email: damon.elder@morganlewis.com
           claire.lesikar@morganlewis.com
15

16  *Attorneys for Defendants*

17
    **EMERY | REDDY, PLLC**
18
    By: *s/ Timothy W. Emery*
19  _____
    Timothy W. Emery, WSBA No. 34078
20  Patrick B. Reddy, WSBA No. 34092
    Paul Cipriani, WSBA No. 59991
21  600 Stewart Street, Suite 1100
    Seattle, WA 98101
22  Phone: (206) 442-9106
    Email: emeryt@emeryreddy.com
23         reddyp@emeryreddy.com
           paul@emeryreddy.com
24

25  *Attorneys for Plaintiff*

26