THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WFM-WO, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; WHOLE FOODS MARKET SERVICES, INC., a foreign profit corporation doing business as WHOLE FOODS MARKET; and DOES 1-20,<br><br>Defendants. | Case No. 2:24-cv-00534-BJR<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE PENDING MEDIATION** |

JOINT STIPULATION TO STAY CASE
(Case No. 2:24-cv-00534-BJR) – PAGE 0

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Plaintiff Nicole Yount and Defendants Whole Foods Market Pacific Northwest, Inc., WFM-WO, Inc., and Whole Foods Market Services, Inc., STIPULATE AND AGREE to stay the case, including Defendants' pending Motion to Dismiss, Plaintiff's pending Motion to Remand, until 30 days after the Parties' scheduled mediation on December 19, 2024.

The stipulated stay of the case would promote efficiency for the parties and the Court. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

The parties will provide the Court with a status report by January 21, 2025.

*IT IS SO STIPULATED*.

Dated this 6th day of September, 2024.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Timothy W. Emery* <br> Timothy W. Emery, WSBA No. 34078 <br> Patrick B. Reddy, WSBA No. 34092 <br> Paul Cipriani, WSBA No. 59991 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Phone: (206) 442-9106 <br> Email: emeryt@emeryreddy.com <br>          reddyp@emeryreddy.com <br>          paul@emeryreddy.com | By: *s/ Damon C. Elder* <br> Damon C. Elder, WSBA No. 46754 <br> Claire M. Lesikar, WSBA No. 60406 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: damon.elder@morganlewis.com <br>          claire.lesikar@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

JOINT STIPULATION TO STAY CASE
(Case No. 2:24-cv-00534-BJR) – PAGE 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

# ORDER

IT IS SO ORDERED.

DATED: September 9, 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com
       paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION TO STAY CASE
(Case No. 2:24-cv-00534-BJR) – PAGE 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401